

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| CHAPAWU PROPERTIES AND RICHARD GONZALES, | § | No. 08-23-00199-CV |
| | § | Appeal from the |
| Appellants, | | |
| | § | 407th Judicial District Court |
| v. | | |
| | § | of Bexar County, Texas |
| WADE BASS, JERRI BASS, JENE BASS, NICHOLAS HUGON, | § | (TC# 2022-CI-11954) |
| Appellees. | § | |

## <u>MEMORANDUM OPINION</u>

This appeal is before the Court on its own motion to determine whether it should be dismissed. *See* TEX. R. APP. P. 42.3 (providing for involuntary dismissal of civil cases under certain circumstances).[1]

On July 20, 2023, the Clerk of this Court sent Appellants a letter reminding them they had not paid the filing fee in this case and indicating that they had 20 days from the date of the notice to either pay the filing fee or notify the Court in writing of a basis for being legally excused from paying costs, otherwise their case may be dismissed pursuant to Texas Rule of Appellate Procedure

---

[1] This case was transferred from the Fourth Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001. We follow the precedent of the Fourth Court of Appeals to the extent it might conflict with our own. *See* TEX. R. APP. P. 41.3.

42.3(b) and (c). *See* TEX. R. APP. P. 42.3(b), (c) (providing for dismissal for want of prosecution following ten days' notice and for appellant's failure to comply with a requirement within a specified time, respectively).

To date, Appellants have not paid the filing fee or notified the Court in writing of its legal excuse for nonpayment. Accordingly, we dismiss this appeal.


LISA J. SOTO, Justice

August 15, 2023

Before Rodriguez, C.J., Palafox, and Soto, JJ.